**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

In re:  CASE NO.: 21-20266-BKC-RAM
CHAPTER 13

**KEVIN HILL**

_____ **Debtor. /**

## OBJECTION TO CLAIM ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case*:

| Claim No. | Claimant | Amount | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 2-1 | United States Department of Education c/o Nelnet | $143,218.12 | This student loan is in a forbearance/deferment outside the plan; therefore, the claim should be ALLOWED but NOT ENTITLED TO DISTRIBUTION FROM THE CHAPTER 13 TRUSTEE. |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

        Respectfully Submitted,

        Law Offices of Daryl L. Jones, P.A.
        *Attorney for Debtor*
        14707 South Dixie Hwy., Suite 101
        Miami, FL 33176
        Tel: 305-969-3602
        Fax: 305-969-3469
        DJones@DLJonesLaw.com
        AMelich@DLJonesLaw.com

        By: ***/s/Aimee Melich, Esq.***

        ☐ Daryl L. Jones, Esq./FBN.: 742589
        ☒ Aimee Melich, Esq./FBN.: 95066